UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS M. ROBINSON, | No. 2:13-cv-0604 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| G.W. LEWIS, | |
| Respondents. | |

Petitioner's application to proceed in forma pauperis filed on May 6, 2013 is pending. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis is granted.

DATED: August 19, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

robi0604.IFP

1