UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS M. ROBINSON, | No. 2:13-cv-0604 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| G.W. LEWIS, | |
| Respondent. | |

Petitioner has filed a motion for an extension of time to file a "reply to opposition to dismiss." See ECF No. 27. Petitioner does not explain why he needs the extension of time, but only states that the time currently allotted is insufficient. Upon review of the pending motion, it is unclear what document petitioner seeks an extension of time to file.

Respondent moved to dismiss the pending petition on June 5, 2013. Petitioner opposed the motion on July 19, 2013, and respondent filed a reply on August 14, 2013. Thus, the motion to dismiss is fully briefed.

On July 10, 2013, petitioner filed a motion to proceed as representative ("next friend motion"). ECF No. 18. Respondent opposed the motion on July 19, 2013. On August 1, 2013, petitioner sought and was granted an extension of time to file a reply. See ECF Nos. 22, 24. Petitioner has not yet filed his reply. It therefore appears that petitioner is requesting a second extension of time to reply to respondent's opposition to his next friend motion, despite having

1

titled his request "reply to opposition to dismiss." The motion will be granted, however, no further extensions of time will be granted.

Good cause appearing, IT IS HEREBY ORDERED that:

Petitioner's request for an extension of time (ECF No. 27) is granted to the extent that petitioner may file a reply to respondent's opposition to petitioner's next friend motion within thirty days of the date of this order. No further extensions of time will be granted.

DATED: September 17, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls// robi0604.111