UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS M. ROBINSON,<br><br>  Petitioner,<br><br>  v.<br><br>G.W. LEWIS,<br><br>  Respondent. | No.  2:13-cv-0604 WBS AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, seeks habeas relief pursuant to 28 U.S.C. § 2254.  Respondent's motion to dismiss the petition, ECF No. 13, has been denied following remand from the Ninth Circuit.  See ECF Nos. 43, 46, 47.  Accordingly, the case will proceed on the five remaining exhausted claims in the petition.  See ECF No. 47.

Accordingly, IT IS HEREBY ORDERED that within sixty days from the date of this order, respondent shall file an answer to the remaining five claims in petitioner's habeas petition.  See Rule 4, 28 U.S.C. foll. § 2254.  The answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, 28 U.S.C. foll. § 2254.  Petitioner's traverse if any, shall be filed and served within thirty days after service of the answer.

DATED: December 22, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE